the issues raised by the original or an amended post-conviction petition.

Commonwealth *v.* Leasure, Appellant.

Submitted June 8, 1970. *James Andrew Leasure,* appellant, in propria persona; *E. Robert Elicker, II,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Lee, Appellant.

Submitted June 12, 1970. *James D. McCrudden,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Lee, Appellant.

Submitted June 12, 1970. *Spencer G. Lee,* appellant, in propria persona; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.